IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-04-345(1) |
| | § | C.A. No. C-08-360 |
| ALEJANDRO PERALTA-SOTO, | § | |
|     Defendant/Movant. | § | |

**ORDER FOR RESPONDENT TO ANSWER
AND ORDER ALLOWING MOVANT TO REPLY**

On November 6, 2008, the Clerk received Movant Alejandro Peralta-Soto's ("Peralta-Soto") motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. It is now ORDERED that the United States answer the § 2255 motion not later than sixty days after the entry of this Order.

It is further ORDERED that the United States provide, at the time of its answer, transcripts of all pertinent proceedings that are not already part of the record. Relevant affidavits, if any, are also to be filed with the answer.

Pursuant to Rule 5(d) of the RULES GOVERNING SECTION 2255 PROCEEDINGS FOR THE UNITED STATES DISTRICT COURTS (2008), Peralta-Soto may file a reply not later than thirty days after service of the government's answer.

ORDERED this 12th day of November, 2008.

                                                _____
                                                  Janis Graham Jack
                                                  United States District Judge